The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT <u>SEATTLE</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>THE STATE OF WASHINGTON,<br><br>           Plaintiffs,<br><br>      v.<br><br>KING COUNTY, WASHINGTON,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 2:13-cv-677-JCC<br><br>[PROPOSED] ORDER GRANTING<br>LEAVE TO FILE OVERLENGTH<br>MOTION TO ENTER FIRST<br>MATERIAL MODIFICATION TO<br>CONSENT DECREE |

1       [PROPOSED] ORDER GRANTING LEAVE TO FILE OVERLENGTH MOTION TO ENTER
2                   FIRST MATERIAL MODIFICATION TO CONSENT DECREE

3         Upon consideration of the Plaintiffs' Unopposed Motion for Leave to File Overlength

4   Motion to Enter First Material Modification to the Consent Decree, it is hereby ORDERED that

5   the motion is GRANTED.

6   //

7   //

8   //

9   //

[PROPOSED] ORDER GRANTING MOTION
TO FILE OVERLENGTH MOTION
Case No. 2:13-cv-677-JCC

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
999 18th St., Suite 600, North Terrace
Denver, CO 80202, 303-844-1365

1    IT IS SO ORDERED this 14th day of May, 2025.

2

3    _____

4    HONORABLE JOHN C. COUGHENOUR
5    UNITED STATES DISTRICT JUDGE
6

7

8    Presented by:
9    Katherine L. Matthews
10   Senior Attorney
11   Environmental Enforcement Section
12   Environment and Natural Resources Division
13   United States Department of Justice
14
15   Dated this 13th day of May, 2025.